ROBERT W. NORMAN, JR. (SBN 232470)
KAITLYN Q. CHANG (SBN 274895)
HOUSER & ALLISON
A Professional Corporation
3780 Kilroy Airport Way, Suite 130
Long Beach, California 90806
Telephone: (562) 256-11675
Facsimile: (562) 256-1685
Email: kchang@houser-law.com

Attorneys for Defendants,
Western Progressive, LLC and Ocwen Loan Servicing, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

| | |
|---|---|
| STEPHANIE MINA, | Case No.: 2:15-cv-01440-JAM-EFB |
| Plaintiff, | Hon. John A. Mendez |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE DOCUMENTS DISPOSING OF THE ACTION** |
| WESTERN PROGRESSIVE, LLC, and OCWEN LOAN SERVICING, LLC. | |
| Defendant(s). | Complaint Filed: July 6, 2015 |

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE DOCUMENTS DISPOSING OF THE ACTION**

**TO THE COURT AND ALL PARTIES:**

Pursuant to the Parties' Stipulation, the Court grants the Stipulation and issue the following order:

The deadline to file the Dispositional Documents pursuant to Local Rule 160 is extended for 30 days to January 16, 2017.

IT IS SO ORDERED.

Dated: 12/16/2016                    /s/ John A. Mendez_____
                                     Hon. John A. Mendez
                                     U. S. District Court Judge

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE DOCUMENTS DISPOSING OF THE ACTION**

1