ERIC D. HOUSER (SBN 130079)
KAITLYN Q. CHANG (SBN 274895)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
Email: kthinh@houser-law.com

Attorneys for Defendants,
Western Progressive, LLC and Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| STEPHANIE MINA,<br><br>                Plaintiff,<br><br>vs.<br><br>WESTERN PROGRESSIVE, LLC, and OCWEN LOAN SERVICING, LLC.<br><br>                Defendant(s). | Case No.: 2:15-cv-01440-JAM-EFB<br><br>Hon. John A. Mendez<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**<br><br>Complaint Filed: July 6, 2015 |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 160, Plaintiff, Stephanie Mina, and Defendants, Western Progressive, LLC and Ocwen Loan Servicing, LLC (collectively the "Parties") by and through their attorneys, hereby stipulate and agree as follows:

1. Plaintiff Stephanie Mina's Complaint is hereby dismissed with prejudice; and
2. The Parties shall bear their own attorneys' fees and costs in connection with the above referenced action.

///

| | |
|---|---|
| Dated: January 20, 2017 | LAW OFFICES OF CHARLES T. MARSHALL |
| | |
| | /s/ Charles T. Marshall |
| | Charles T. Marshall |
| | Attorneys for Plaintiff |
| | Stephanie Mina |
| | |
| Dated: January 20, 2017 | HOUSER & ALLISON |
| | A Professional Corporation |
| | |
| | /s/ Kaitlyn Q. Chang |
| | Kaitlyn Q. Chang |
| | Attorneys for Defendants |
| | Western Progressive, LLC and |
| | Ocwen Loan Servicing, LLC |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**

2

**ORDER**

The Court, having reviewed the stipulation of Plaintiff, Stephanie Mina, and Defendants, Western Progressive, LLC and Ocwen Loan Servicing, LLC, and good cause appearing, hereby orders as follows:

1. Plaintiff Stephanie Mina's Complaint is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 160; and

2. The Parties shall bear their own attorneys' fees and costs in connection with the above referenced action.

**IT IS SO ORDERED.**

Dated:   1/20/2017                    /s/ John A. Mendez_____
                                      Honorable Judge Hon. John A. Mendez
                                      United States District Judge
                                      Eastern District of California